**JODI D. THORP**
California State Bar No. 223663
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
jodi_thorp@fd.org

Attorneys for Defendant Mr. Duarte-Hernandez,

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07mj2672 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| FIDENCIO DUARTE-HERNANDEZ, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Jodi D. Thorp, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: November 19, 2007          _s/ Jodi D. Thorp_
                                 JODI D. THORP
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Defendant
                                 jodi_thorp@fd.org