**JODI D. THORP**
California State Bar No. 223663
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile:   (619) 687-2666
jodi_thorp@fd.org

Attorneys for Mr. Duarte-Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07mj2672 |
| Plaintiff, | ) ) | |
| v. | ) ) | PROOF OF SERVICE |
| FIDENCIO DUARTE-HERNANDEZ, | ) ) | |
| Defendant. | ) ) | |

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

      **United States Attorney**
      efile.dkt.gca@usdoj.gov

Dated: November 19, 2007                 *s/ Jodi D. Thorp*
                                                                **JODI D. THORP**
                                                                Federal Defenders
                                                                225 Broadway, Suite 900
                                                                San Diego, CA 92101-5030
                                                                (619) 234-8467  (tel)
                                                                (619) 687-2666  (fax)
                                                                e-mail: jodi_thorp@fd.org